FILED

JUL 23 2008
July 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE DOW**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No **08 CR 588** |
| ) | |
| v. ) | Violation: Title 18, United |
| ) | States Code, Section 1512(c)(1) |
| WILLIAM J. FERNANDES ) | **MAGISTRATE JUDGE COX** |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about November 15, 2007, at Winfield, in the Northern District of Illinois, Eastern Division,

WILLIAM J. FERNANDES,

defendant herein, corruptly altered, destroyed, mutilated, and concealed a record, document, and other object, with the intent to impair the object's integrity and availability for use in an official proceeding, namely, a criminal investigation of FERNANDES before the federal grand jury of the Northern District of Illinois, Number 08 GJ 65;

In violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY