# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 588-1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | United States of America vs. William Fernandez | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance proceeding held. Paul Flynn is appointed as counsel for defendant. Government's oral motion to unseal the case is granted. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges in the indictment and maximum penalties. Defendant enters a plea of not guilty to all counts of the indictment. Government seeks detention. Bond hearing is set for 8/6/08 at 1:00 p.m. Defendant ordered detained until further order of court. Rule 16.1(a) Conference by 8/12/08. Motions filed by 8/22/08. Response due by 9/2/08. Reply due by 9/9/08. Status hearing is set for 9/2/08 at 9:30 a.m. before Judge Dow Jr. Time excludable from 8/5/08 to and including 9/2/08 pursuant to 18 USC 3161 (h)(1)(F). (X-E).

Docketing to mail notices.

00:15

2008 AUG -5 PM 4:54
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|