# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 588-1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. William Fernandez | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to Friday, 8/8/08 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|