# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 588-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. William Fernandez | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant ordered detained without prejudice to refiling a request for detention hearing at a later time.

Docketing to mail notices.

00:10

2008 AUG 11 AM 9:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|