# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America     **FILED**     WARRANT FOR ARREST

v.

William J. Fernandes     AUG 28 2008     Case Number: 08 cr 588-1

August 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **William J. Fernandes** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    X Indictment    Information    Complaint    Order of court    Violation Notice    Probation    Violation Petition

charging him or her with: **corruptly, altered, destroyed, mutilated and concealed A record, document, and other object**
(See Attachment)

in violation of Title United States Code, 18 Section(s) 1512(c)(1)

Yvette Pearson,
Issuing Officer

Signature of Issuing Officer

U.S. Deputy Clerk

July 24, 2008; Chicago

Bail fixed at $

_____, Judicial Officer

RECEIVED
UNITED STATES MARSHAL
2008 JUL 24 PM 4: 10
NORTHERN DISTRICT OF IL
ADMINISTRATIVE SECTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 8/24/08    Arrested by FBI |

Date Received: 8/5/08

Date of Arrest:

Name and Title of Arresting Officer     Signature of Arrest Officer